Núm. 8066.—Pueblo, apldo. *v.* Navedo, aplte.—C. D. Bayamón. Abril 18. 1940.

Llamado hoy este caso para vista sólo compareció el Fiscal, quien admitió que la denuncia es insuficiente por no alegarse que el acusado tiene su residencia en el distrito policíaco en que se alega que no está inscrita el arma ocupada. El tribunal, visto el caso de *El Pueblo* v. *Díaz*, 55 D.P.R. 629, revoca la sentencia apelada y absuelve al acusado.

Núm. 8034.—Pueblo, apldo. *v.* Balzac, aplte.—C. D. Mayagüez. Abril 30, 1940.

Por los fundamentos expuestos en la opinión emitida en el día de hoy en el caso criminal número 8033, *El Pueblo de Puerto Rico, demandante y apelado,* v. *José Balzac Báez, acusado y apelante,* (ante, pág. 649) acometimiento y agresión grave, se revoca la sentencia apelada que dictó la Corte de Distrito de Mayagüez en el presente caso con fecha 28 de febrero, 1939, y se absuelve al acusado.